IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| RICKY G. JOURNEY, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | 8:19CV89 |
| | ) | |
| V. | ) | |
| | ) | |
| NEBRASKA MENTAL HEALTH BOARD, BUFFALO COUNTY MENTAL HEALTH BOARD, STEPHEN LOWE, MICHAEL LAWSON, RICHARD BEECHER, AARON BISHOP, KARI R. FISK, AGNES STAIRS, MARY PAINE, Doctors, JOHN H. MARSH, Judge, TROY KEITH, TAMMY JACKSON, ANTONIO HANIGAN, Doctor, TONY CRUZ, CATHY SHEAIR, and DR. JEFF MELVIN, | ) | ORDER |
| | ) | |
| Respondents. | ) | |

Pending before is a petition for writ of habeas corpus challenging the Petitioner's commitment under Nebraska's Sex Offender Commitment Act. An initial review of the habeas petition will be issued shortly. But to get things in proper order, certain procedural steps must be taken first. Hence, the issuance of this order.

Although Petitioner challenges actions occurring during his commitment hearing before the board in Buffalo County, Nebraska, Rule 2 of the Rules Governing Section 2254 Cases in the United States Courts requires that the "the petition must name as respondent the state officer who has custody." Because the Petitioner is held at the Norfolk Regional Center,

IT IS ORDERED that:

1. The Clerk shall add John Kroll, RN, Facility Operating Officer, Norfolk Regional Center as a Respondent.

2. The Clerk shall provide notice of this order to the Nebraska Attorney General and the Buffalo County Attorney (Shawn Eatherton, PO Box 67 Kearney, NE 68848 Tel (308) 236-1222) and also add them as interested parties.

3. The Clerk shall mail a copy of this Order to Petitioner.

DATED this 13th day of March, 2019.

                                          BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          Senior United States District Judge