IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICKY G. JOURNEY, | ) | 8:19CV89 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NEBRASKA MENTAL HEALTH | ) | |
| BOARD, BUFFALO COUNTY | ) | |
| MENTAL HEALTH BOARD, | ) | |
| STEPHEN LOWE, MICHAEL | ) | |
| LAWSON, RICHARD BEECHER, | ) | |
| AARON BISHOP, KARI R. FISK, | ) | |
| AGNES STAIRS, MARY PAINE, | ) | |
| Doctors, JOHN H. MARSH, Judge, | ) | |
| TROY KEITH, TAMMY JACKSON, | ) | |
| ANTONIO HANIGAN, Doctor, | ) | |
| TONY CRUZ, CATHY SHEAIR, | ) | |
| DR. JEFF MELVIN, and JOHN | ) | |
| KROLL, RN, Facility Operating | ) | |
| Officer, Norfolk Regional Center, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Because it is unnecessary,

IT IS ORDERED that Petitioner's Motion to Correct Respondents' Names (filing no. 9) is denied.

DATED this 25th day of March, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge