IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICKY G. JOURNEY, | ) | |
| | ) | |
| Petitioner, | ) | 8:19CV89 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA MENTAL HEALTH BOARD, BUFFALO COUNTY MENTAL HEALTH BOARD, STEPHEN LOWE, MICHAEL LAWSON, RICHARD BEECHER, AARON BISHOP, KARI R. FISK, AGNES STAIRS, MARY PAINE, Doctors, JOHN H. MARSH, Judge, TROY KEITH, TAMMY JACKSON, ANTONIO HANIGAN, Doctor, TONY CRUZ, CATHY SHEAIR, DR. JEFF MELVIN, and JOHN KROLL, RN, Facility Operating Officer, Norfolk Regional Center, | ) | MEMORANDUM AND ORDER |
| Respondents. | ) | |

Petitioner has filed a variety of documents. I will deny them. I do so, for among other reasons, because Petitioner has failed to follow the progression order (filing no. 8) and additionally because some of these filings wrongly attempt to assert a claim for damages in this habeas corpus action.

IT IS ORDERED that:

1. The Motion for Summary Judgment (filing no. 11) is denied.

2. The Motion for a Restraining Order (filing no. 13) is denied.

3.  The Objection for Summary Judgment (filing no. 16) is denied.

4.  *The Petitioner is reminded that he has until the close of business on June 3, 2019, to file a brief in opposition to the motion for summary judgment submitted by Respondents (filing no. 17 (Respondents' Motion); filing no. 18 (Respondents' Brief)). Without intending to constrain Petitioner, he may wish to address Respondents' argument that Petitioner's habeas claims have been procedurally defaulted and no cause or prejudice has been shown to excuse the default.*

DATED this 7th day of May, 2019.

> BY THE COURT:
>
> s/ *Richard G. Kopf*
> Senior United States District Judge